UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Retirement Fund et al., <br><br>      Plaintiffs, <br><br>-against- <br><br>Domestic Linen Control Group, <br><br>      Defendant. | 23-cv-5955 (AS) <br> 25-cv-7930 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  The Court is in receipt of defendant's motion to confirm the arbitral award (23-cv-5955, Dkt. 56) and plaintiffs' complaint seeking reversal and modification of the award (25-cv-7930, Dkt. 1).

  The Court construes the complaint as intent to oppose defendant's motion and to cross-move for reversal of the arbitral award. By October 22, 2025, plaintiffs shall file in case 23-cv-5955 a consolidated brief to oppose defendant's motion and to cross-move for reversal. By November 5, 2025, defendant shall file in case 23-cv-5955 a consolidated reply in support of its motion to confirm the award and opposition to plaintiff's cross-motion. By November 12, 2025, plaintiffs shall file in case 23-cv-5955 a reply in support of the cross-motion to reverse the award.

  The Clerk is respectfully directed to stay proceedings in case 25-cv-7930 pending further order of the Court.

  SO ORDERED.

Dated: September 26, 2025
    New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge