**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
The National Retirement Fund et al.,

                         Plaintiffs–Counterclaim
                         Defendants,

          -against-

Domestic Linen Control Group,

                         Defendant–Counterclaim
                         Plaintiff.
------------------------------------------------------------------X

23 **CIVIL** 5955 (AS)

**AMENDED JUDGMENT**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 14, 2026, Domestic Linen's motion to amend the judgment and confirm the arbitral award is GRANTED. NRF's cross-motion to reverse the arbitral award is DENIED. The arbitrator's award in AAA Case No. 01-20-0005-1081 adopting a 7.3% interest rate is confirmed in full.

**Dated**: New York, New York
        April 15, 2026

                                       **TAMMI M. HELLWIG**
                                           _____
                                              **Clerk of Court**

             **BY:** _____
                                      **Deputy Clerk**